OPINION OF THE COURT
 

 Memorandum.
 

 On review of submissions pursuant to rule 500.2 (b) of the rules of the Court of Appeals (22 NYCRR 500.2 [g]), order affirmed, without costs.
 

 
 *1030
 
 Review pursuant to CPLR 7803 (subd 3), whether by Special Term or the Appellate Division, of the discretion exercised by a board of education in dismissing an employee for misconduct is limited to whether the board’s discretion was abused as a matter of law
 
 (Matter of Pell v Board of Educ.,
 
 34 NY2d 222, 234). The discretion exercised in such matters of internal discipline is of a “broader range because of ‘the complexity and sensitiveness of personnel administration in continuing intraorganizational relationships’”
 
 (Matter of Di Vito v State of New York, Dept. of Labor,
 
 48 NY2d 761, 763, quoting
 
 Matter of Ahsaf v Nyquist,
 
 37 NY2d 182, 185).
 

 In light of the findings of the hearing officer, confirmed by the appointing officer and as to which petitioner has not sought review, that petitioner persisted in his disruptive conduct despite blunt and adequate warnings and of our review of the record, we cannot say that the board abused its discretion by dismissing petitioner (cf.
 
 Matter of Gailband v Christian,
 
 56 NY2d 890).
 

 Chief Judge Cooke and Judges Jasen, Gabrielli, Jones, Wachtler, Fuchsberg and Meyer concur.
 

 On review of submissions pursuant to rule 500.2 (b) of the Rules of the Court of Appeals (22 NYCRR 500.2 [g]), order affirmed.